VAN IDERSTINE COAL CORP., Respondent, v. JOHN R. CHAMBERLIN, Appellant.— No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

EMILY WHITE et al., Respondents, v. THE CITY OF NEW YORK, Appellant, Impleaded with Another.— No opinion. Present—Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

GERTRUDE WILLIAMS, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— In the opinion of this court, the finding of the jury that the accident happened as testified to by the plaintiff is contrary to the physical facts and against the weight of the credible evidence. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

CLARENCE WILLIS, Appellant, v. JOHN A. LYNCH, Defendant, and WILLIAM A. RYAN, Respondent.— (*Boglione* v. *Hunterspoint Lumber & Supply Co., Inc.*, 250 App. Div. 861; *Matter of Weitling*, 266 N. Y. 184.) Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.